**Order entered March 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00244-CV

## DELORIS PHILLIPS, Appellant

## V.

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-06421-B**

## ORDER

We **DENY** appellant's March 3, 2015 motion to supplement the record on appeal.


/s/      ELIZABETH LANG-MIERS
           JUSTICE